# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KEVIN MICHAEL SMITH, #166532,

                        Petitioner,                   Case Number: 07-CV-12979

v.                                              Honorable Anna Diggs Taylor

JERI ANN SHERRY,

                        Respondent.

_____/

## ORDER DENYING WITHOUT PREJUDICE PETITIONER'S
## SECOND MOTION FOR APPOINTMENT OF COUNSEL

     Petitioner Kevin Michael Smith has filed a *pro se* petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2254, alleging that he is incarcerated in violation of his constitutional

rights.  Before the Court is Petitioner's "Second Motion for Appointment of Counsel" (Dkt. # 8).

     As the Court previously stated, the constitutional right to counsel in criminal proceedings

provided by the Sixth Amendment does not apply to an application for writ of habeas corpus,

which is a civil proceeding.  *Cobas v. Burgess*, 306 F.3d 441, 444 (6th Cir. 2002), *cert. denied*,

538 U.S. 984, 123 S.Ct. 1793, 155 L.Ed.2d 677 (2003), *reh. denied*, 539 U.S. 970, 123 S.Ct.

2666, 156 L.Ed.2d 677 (2003).  There exists no constitutional right to the appointment of

counsel in habeas cases, and the court has broad discretion in determining whether counsel

should be appointed.  *Childs v. Pellegrin*, 822 F.2d 1382, 1384 (6th Cir. 1987) ("[A]ppointment

of counsel in a civil case is . . . a matter within the discretion of the court.  It is a privilege and

not a right.") (internal quotation omitted).  A habeas petitioner may obtain representation at any

stage of the case "[w]henever the United States magistrate or the court determines that the

interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). In the instant case, the Court determines after careful consideration that the interests of justice do not require appointment of counsel at this time.

Accordingly, **IT IS ORDERED** that Petitioner's "Second Motion for Appointment of Counsel" is **DENIED WITHOUT PREJUDICE**. The Court will reconsider Petitioner's motion if it determines at a later date that appointment of counsel is necessary. Petitioner need not file any additional motions.

DATED: March 24, 2008                         **s/Anna Diggs Taylor**
                                              ANNA DIGGS TAYLOR
                                              UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on March 24, 2008.

Kevin Smith, #166532
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI 49784                          s/Johnetta M. Curry-Williams
                                             Case Manager